## SECURITIES AND EXCHANGE COMMISSION, Plaintiff–Appellee,

v.

## Carol C. MARTINO, CMA Noel, Ltd., Gerard Haryman, a/k/a Gerard Benamou, and JTM Ltd., Defendants–Appellants,

---

* The Honorable Jed S. Rakoff, U.S. District Judge for the Southern District of New York, sitting by designation.

872

Paul Montle, LS Capital Corporation, Paul V. Culotta, Mario J. Jacoviello, Ian Arbel and Europe American Capital Corporation, Defendants.

No. 03–6093.

United States Court of Appeals, Second Circuit.

April 22, 2004.

As Corrected June 14, 2004.

Christopher Paik, Special Counsel, Securities and Exchange Commission, for Jacob H. Stillman, Solicitor; Giovanni P. Prezioso, General Counsel (Meyer Eisenberg, Deputy General Counsel), Washington, DC, for Plaintiff–Appellee, of counsel.

Paul A. Batista, P.C., New York, NY, for Defendants–Appellants.

PRESENT: OAKES, WINTER, and CALABRESI, Circuit Judges.

SUMMARY ORDER

Before us is an appeal from the district court's order granting the Securities and Exchange Commission (SEC)'s motion for summary judgment, injunctive relief, disgorgement, and monetary damages, against defendants Carol C. Martino, CMA Noel, Ltd., Gerard Haryman, and JTM Ltd. in a civil enforcement action relating to various violations of federal securities laws. Defendant Carol Martino passed away during the course of proceedings before this Court. With the agreement of the parties, we hereby REMAND the case and the accompanying motion for substitution of parties to the district court to de-termine how the case should proceed in light of her death.